USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRIAN TOTIN,
                Plaintiffs,

19 CIV 4673 (JPO)

-against-

**DEFAULT JUDGMENT**

PETERKIN RESIDENTIAL INC.,
                Defendants.
------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated February 6, 2020, Plaintiff's motion for a default judgment is granted; judgment is entered in favor of Plaintiff and against Defendant, in the amount of $37,597, which includes: (1) statutory damages in the amount of $36,720; and (2) costs in the amount of $877.

**DATED**: New York, New York
          February 7, 2020

                                      RUBY J. KRAJICK
                                      **Clerk of Court**
                                      BY:
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/7/2020